UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SHIRLEY CRENSHAW,     Plaintiff,

v.     Civil Action No. 3:17-cv-221-DJH-CHL

EQUIFAX INFORMATION SERVICES
LLC, et al.,     Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Shirley Crenshaw and Defendant National Credit Systems, Inc., have filed a stipulation of dismissal with prejudice as to Crenshaw's claims against National Credit Systems. (Docket No. 30) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Crenshaw's claims against National Credit Systems are **DISMISSED** with prejudice. All claims having been resolved (*See* D.N. 17; D.N. 20; D.N. 25), this action is **DISMISSED** with prejudice and **STRICKEN** from the Court's active docket.

November 7, 2018

**David J. Hale, Judge**
**United States District Court**